**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6994**

———————

JERRY L. LINDSEY,

Plaintiff - Appellant,

versus

R. C. LEE, Warden; ROBERT TERRY, JR.,
Disciplinary Hearing Officer,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, District
Judge. (CA-02-255-5-H)

———————

Submitted: October 10, 2002        Decided: October 17, 2002

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jerry L. Lindsey, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry L. Lindsey appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint in which he alleged that he did not receive adequate notice of disciplinary charges prior to a prison disciplinary hearing. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court that no constitutional rights were implicated by the alleged lack of adequate notice. See Lindsey v. Lee, No. CA-02-255-5-H (E.D.N.C. May 23, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED